536

433 A.2d 137

Commonwealth v. Geletie, Appellant.
Petition for Allowance of Appeal Denied Aug. 3, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Order of the lower court entered November 13, 1979 affirmed.

POPOVICH, J., concurred in the result.

433 A.2d 137

Commonwealth v. George, Appellant.

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.